# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

ANTHONY J. SCIRICA
CHIEF JUDGE

22614 UNITED STATES COURTHOUSE
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106
(215) 597-2399



July 10, 2009

Honorable Bobby R. Baldock
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Baldock:

In response to your letter of July 6, 2009, the property located in ███████ ███ ID, was not rented during the reporting period and therefore was not reportable on my 2008 report.

Sincerely,

Anthony J. Scirica

AJS:dm

Scirica_Anthony_J

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SCIRICA, ANTHONY J. | U.S. Court of Appeals for the Third Circuit | 5/13/09 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 1/1/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 22619 U.S. Courthouse 601 Market St Philadelphia PA 19106 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▓▓▓▓▓▓▓ Philadelphia PA |
| 2. Visitor | ▓▓▓▓▓▓▓ Philadelphia PA |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 19 A 9: 58 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Anthony J Scirica | 5/13/09 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Commonwealth of Pennsylvania Pension | 28,884 |
| 2. 2008 - Spring | ▮▮▮▮▮▮ - teaching | 10,000 |
| 3. 2008 - Fall | ▮▮▮▮▮▮ - teaching | 10,000 |
| 4. 2008 - June | ▮▮▮▮▮▮ teaching | 5,000 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. 2008 | ▮▮▮▮▮▮ | teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. ▮▮▮▮▮▮ | June 2008 | ▮▮▮▮▮ teaching | teaching | |
| 2. | | | | lodging, travel |
| 3. First Amendment Center | May 12-13 2008 | Washington DC | (educational seminar) | |
| 4. | | | | lodging, travel |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anthony J Scirica | 5/13/09 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anthony J Scirica | 5/13/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Canadian Oil Sands Common stock | A | div | J | T | buy | 1/18 | J | | |
| 2. Encana Common stock | A | div | J | T | sale | 1/18 | J | A | |
| 3. Canadian Oil Sands Common stock | | | | | buy | 1/24 | J | | |
| 4. Encana Common stock | | | | | buy | 1/29 | J | | |
| 5. Encana common stock | | | | | buy | 1/31 | J | | |
| 6. Nova Biosource Fuels Common stock | | | | | buy | 1/31 | J | | |
| 7. Nova Biosource Common stock | | | | | buy | 2/04 | J | | |
| 8. Sociedad Quimica Common stock | | | | | buy | 2/28 | J | | |
| 9. Barclays BK PLC | | | | | buy | 3/12 | J | | |
| 10. Nova Biosource Fuels common stock | | None | | | sale | 3/19 | J | A | |
| 11. Canadian Oil Sands Common stock | A | div | | | sale | 4/22 | J | A | |
| 12. Nova Biosource Fuels Common stock | | | J | T | buy | 5/22 | J | | |
| 13. Barclays Bank PLC | | None | | | sale | 6/02 | J | A | |
| 14. Sociedad Quimica Common stock | | | | | buy | 6/02 | J | | |
| 15. Canadian Oil Sands common stock | | | | | buy | 7/08 | J | | |
| 16. Encana common stock | A | div | J | T | sale | 7/24 | J | A | |
| 17. Encana common stock | A | div | J | T | sale | 7/28 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anthony J Scirku | 5/13/09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosu | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Sociedad Quimica Common stock | # | NONE | | | sale | 7/28 | J | A | |
| 19. Canadian Oil Sands Common stock | A | div | J | T | sale | 7/28 | J | A | |
| 20. ENCANA common stock | A | div | J | T | sale | 7/28 | J | A | |
| 21. Canadian Oil Sands common stock | A | div | J | T | sale | 7/29 | J | A | |
| 22. Canadian Oil Sands - Common Stock | | | | | buy | 8/21 | J | | |
| 23. Canadian Oil Sands common stock | | | | | buy | 8/27 | J | | |
| 24. Canadian Oil Sands common stock | | | | | buy | 8/28 | J | | |
| 25. Canadian Oil Sands common stock | | | | | buy | 9/08 | J | | |
| 26. Canadian Oil Sands common stock | A | div | J | T | sale | 9/09 | J | A | |
| 27. Sociedad Quimia common stock | A | div | J | T | sale | 9/09 | J | A | |
| 28. Canadian Oil Sands common stock | A | div | J | T | sale | 9/10 | J | A | |
| 29. Canadian Oil Sands Common stock | A | div | J | T | sale | 9/12 | J | A | |
| 30. Canadian Oil Sands common stock | | | | | buy | 9/29 | J | | |
| 31. S&P 500 Depository Receipt | | | | | buy | 10/19 | K | | |
| 32. S&P 500 Depository Receipt | A | div | J | T | sale | 10/16 | J | A | |
| 33. S&P 500 Depository Receipt | | | | | buy | 10/23 | J | | |
| 34. Canadian Sands Oil common stock | A | div | J | T | sale | 12/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Municipal Money | A | int | K | | | | | | |
| 36.         Market | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANThoNy J SciRicA | 5/13/0 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Anthony J Scirica | 5/13/0c |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statuto provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544